Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   08−24426 WIL    Chapter:   13

Louise R. Duffield
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 12/8/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 12/8/09

                                                Mark D. Sammons, Clerk of Court
                                                by Deputy Clerk, L Aure−Spivey301−344−3392